744 A.2d 648

IN THE MATTER OF DANIEL SIEGEL, AN ATTORNEY AT LAW.

February 8, 2000.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **DANIEL SIEGEL,** formerly of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1952, and who thereafter was suspended from practice for a period of three years, retroactive to November 8, 1993, and until reinstated to practice in New York, by Order of this Court dated February 15, 1995, be restored to the practice of law, effective immediately.